1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, State Bar # 127425
2  GUY DANILOWITZ, State Bar # 257733
3  555 University Avenue, Suite 270
   Sacramento, California 95825
4  Telephone: (916) 444-5678

5

   Attorneys for Defendant
6  NICKI LEE BUXMANN

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA              NO. 2:10-CR-00079 GEB

12         Plaintiff,

13     vs.                              **STIPULATION AND [PROPOSED]**
                                         **ORDER CONTINUING CASE**
14
15 NICKI LEE BUXMANN,                    Date:   June 4, 2010
                                         Time:   9:00 a.m.
16         Defendant.                    Judge:  Hon. Garland E. Burrell, Jr.

17
   _____/
18

19      It is hereby stipulated and agreed to between the United States of America through

20 LAUREL LOOMIS RIMON, Assistant United States Attorney, and NICKI LEE

21 BUXMANN, by and through her counsel, STEWART KATZ, that the status conference in

22 the above captioned case be continued from June 4, 2010, to July 16, 2010.  This

23 continuance is sought because both parties are conducting research which will both impact

24 the ongoing settlement discussions and may require both sides to reexamine the

25 voluminous discovery in light of that research. Counsel are optimistic that this additional

26 time will lead to the resolution of this case. Additionally, LAUREL LOOMIS RIMON has

27 a trial beginning on June 15, 2010.

28

STIPULATION AND ORDER

1      Defendant NICKI LEE BUXMANN agrees with this stipulation.

2           IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be

3    excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv), Local Code T-4 from the filing of

4    this stipulation through July 16, 2010.

5           IT IS SO STIPULATED.

6

7    Dated:  June 3, 2010                    Respectfully submitted,

8                                            /s/ Stewart Katz
                                             Stewart Katz
9                                            Attorney for Defendant
                                             NICKI BUXMANN
10

11
     Dated:  June 3, 2010                    BENJAMIN B. WAGNER
12                                           United States Attorney

13                                           /s/ Laurel Loomis Rimon
14                                           LAUREL LOOMIS RIMON
                                             Assistant U.S. Attorney
15

16                                  **O R D E R**

17

18          The foregoing stipulation of counsel is accepted.  The above captioned matter is

19   ordered to be continued until July 16, 2010, at 9:00a.m. on this court's regular criminal

20   calendar.  Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. §

21   3161 (h) (7) (B) (iv), Local Code T-4 from the filing of this stipulation through July 16,

22   2010.

23          IT IS SO ORDERED.

24

25   Dated: June 4, 2010

26                                           GARLAND E.  BURRELL,  JR.
                                             United States District Judge
27

28

STIPULATION AND ORDER
                                                                                        2