BENJAMIN B. WAGNER
United States Attorney
LAUREL LOOMIS RIMON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2754

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:10-CR-079 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED |
| v. ) | ORDER REGARDING CONTINUANCE |
| ) | OF STATUS CONFERENCE |
| NICKI LEE BUXMANN, ) | |
| Defendant. ) | |

Defendant Nicki Lee Buxman, through Stewart Katz, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Laurel Loomis Rimon, stipulate and agree that the status conference scheduled for September 3, 2010, be vacated, that a new status conference be scheduled for October 8, 2010, at **9:00 a.m.**, and that time be excluded under the Speedy Trial Act.

The parties have been engaged in serious settlement discussions, and require additional time to address certain legal authorities that have been raised. Additionally, government counsel will be out of the office on leave during the week of August 30, 2010, and government and defense counsel are unavailable due to other scheduled matters during the first weeks

1

of September.

    For these reasons, the parties request that the September 3, 2010 status conference be vacated and that a status conference be scheduled for October 8, 2010 on the Court's calendar. The parties further agree and request that the time be excluded from September 3, 2010 through October 8, 2010, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow the parties sufficient time to continue their settlement discussions and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

                              Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATE: August 31, 2010       By:   /s/ Laurel Loomis Rimon
                              LAUREL LOOMIS RIMON
                              Assistant U.S. Attorney

DATE: August 31, 2010           /s/ Laurel Loomis Rimon
                              STEWART KATZ
                              Attorney for Defendant

**IT IS SO ORDERED.**

Dated:  August 31, 2010

                              GARLAND E. BURRELL, JR.
                              United States District Judge